IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TENILLE MILLER,                     )
                                    )
                Plaintiff,          )
                                    )
        v.                          )    No.  06 C 965
                                    )
SHERIFF OF COOK COUNTY,             )
                                    )
                Defendant.          )

MEMORANDUM ORDER

Counsel for the defendant Sheriff of Cook County has just filed a brief Answer to the Supplement to Complaint filed by Tenille Miller ("Miller").  Despite the brevity of that response, it is flawed in its failure to conform to the requirements of the second sentence of Fed. R. Civ. P. ("Rule") 8(b)--see App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).

Accordingly Answer ¶¶6, 7, 9 and 10 are stricken (as to Answer ¶10, how pray tell can defense counsel say in good faith that defendant "lacks knowledge" that plaintiff has demanded trial by jury?).  This ruling is without prejudice to the Sheriff's filing of an appropriate amendment (or self-contained Amended Answer) on or before January 25, 2008, failing which all of the corresponding allegations of the Supplement to Complaint will be deemed to have been admitted.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 14, 2008